Corey DeWayne DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64198.

Missouri Court of Appeals, Western District.

Sept. 20, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2005.

Corey DeWayne Davis, Charleston, pro se.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, ROBERT ULRICH, Judge, and JOSEPH M. ELLIS, Judge.

### ORDER

. PER CURIAM.

Corey DeWayne Davis appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).